|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: |

V.B., individually and on behalf of C.M.,

                Plaintiff,

       v.

NEW YORK CITY DEPARTMENT OF EDUCTION,

                Defendant.

No. 22-cv-9555 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      This case alleges claims under the Individuals with Disabilities Education Act, Title 20 U.S.C. § 1400 *et seq*. The parties are hereby ordered to submit a joint letter, no later than two weeks from the date of this order, indicating whether there is a need for discovery or an initial conference in this case. If there is no such need, the parties should include in their letter a proposed briefing schedule for any motions, including motions for summary judgment.

SO ORDERED.

Dated:   February 1, 2023
            New York, New York

                                                Ronnie Abrams
                                              United States District Judge