

THE CITY OF NEW YORK

## LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**Andrew J. Rauchberg**
phone: 212-356-0891
email: arauchbe@law.nyc.gov

May 15, 2023

**BY ECF**

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York  10007

　　　　　　Re:　*V.B. obo C.M. v. N.Y. City Dep't of Educ.*
　　　　　　　　Index No. 22 CV 9555 (RA)(JLC)

Dear Judge Abrams:

　　　　I am an Assistant Corporation Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York and attorney for the Defendant New York City Department of Education in the case referenced above.  I write to respectfully request that a document recently filed by the Department of Education be sealed, removed from the publicly available portion of the ECF docket, or that its viewing level be changed.

　　　　In its papers in opposition to Plaintiffs' motion for summary judgement, the Department of Education attached an administrative decision concerning the Student C.M.  It was filed as ECF document 26-1.  Plaintiffs' counsel noticed that the document contains C.M.'s full name (upon review, I see that it also contains V.B.'s name).  The document contains sensitive information concerning C.M. and his educational needs.  It was an error not to redact C.M. and V.B.'s names, and it is also inconsistent with the Department's obligations under the Family Educational Rights and Privacy Act, 20 U.S.C. § 1232g.

　　　　Accordingly, the Department respectfully requests that this document either be sealed, removed from the publicly available portion of the docket, or that its viewing level be changed to "selected parties."  Pursuant to ECF Rules and Instructions 21.7, I have already contacted the ECF Helpdesk and I believe that the document will be temporarily placed under seal, pending this application.  I will refile the document with Plaintiffs' names redacted (and will leave only their initials).

Thank you for your consideration of this request.

Respectfully submitted,

s/

Andrew J. Rauchberg
Assistant Corporation Counsel

cc:     Noelle Boostani, Esq.
        Law Office of Noelle Boostani
        Attorneys for Plaintiff

Application granted.  Defendant shall refile a
redacted version of the document, and the
unredacted version shall be removed from the
public docket.

SO ORDERED.

Hon. Ronnie Abrams
May 16, 2023